In the Matter of the Estate of Harold D. Kittinger, Deceased. Chase National Bank of the City of New York, as Executor of Harold D. Kittinger, Deceased, et al., Respondents; Joyce Kittinger, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 280 App. Div. 760.]

Nate L. Crabtree, Respondent, v. Elizabeth Arden Sales Corporation, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Cohn and Callahan, JJ., dissent and vote to reverse and dismiss the complaint on the ground that there is no written memorandum sufficient to satisfy the Statute of Frauds.

In the Matter of the Accounting of Conrad H. Baratta, as Administrator of the Estate of Achilles F. Baratta, Deceased, Respondent. Marie C. Baratta, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [199 Misc. 246.]

United World Holding Co., Inc., Respondent, v. Maison Hortense, Inc., Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 1064.]

The People of the State of New York ex rel. Nassau-Beekman Realty Corporation, Respondent-Appellant, against William E. Boyland et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [132 Nassau St. and 15-17 Beekman St., Borough of Manhattan.]—

All the facts and circumstances warrant the increase indicated herein on the ground that the values fixed by Special Term were insufficient. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 1064.]